IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3022 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| LEONARD R. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion for leave to marry, (filing no. 66), is granted, and the defendant is granted permission and is authorized to marry.

2) As to the ceremony of marriage, the defendant shall abide by any reasonable conditions imposed by his custodian regarding location, time, place, persons in attendance, and security.

3) Defendant's counsel shall forward a copy of this order to the institution where the defendant is currently confined.

November 14, 2011.                BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge